# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00248-MR-WCM

| | |
|---|---|
| FRANK STEPHEN ROBERTS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>DELTA AIR LINES, INC., )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Reconsider [Doc. 9].

For the reasons stated therein, the Court will grant the Plaintiff's Motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Reconsider [Doc. 9] is **GRANTED**, and this matter is hereby **REOPENED**.

The Clerk of Court is directed to mail a summons form to the Plaintiff for the Plaintiff to fill out and return for service of process on the Defendant Delta Air Lines, Inc. Once the Court receives the summons form, the Clerk shall then direct the U.S. Marshal to effectuate service on the Defendant.

The Clerk is further respectfully instructed to note on the docket when the form has been mailed to the Plaintiff.

**IT IS SO ORDERED.**

Signed: December 3, 2019

Martin Reidinger
United States District Judge