IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 248

| | | |
|---|---|---|
| FRANK STEPHEN ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DELTA AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court following the filing of Defendant's Motion to Dismiss (Doc. 14) and supporting brief (Doc. 14-1).

The Court **ADVISES** Frank Stephen Roberts, who appears *pro se* in this matter, that Defendant has filed a Motion to Dismiss which asks the Court to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff is advised to review the Motion to Dismiss and supporting brief (Docs. 14, 14-1) carefully. Plaintiff is further advised that if he does not submit a response to the Motion to Dismiss by the date stated herein, the Court may proceed to consider the Motion to Dismiss without hearing from him. In the Court's discretion, Plaintiff's deadline for filing a response to Defendant's Motion to Dismiss is **EXTENDED** to and including **April 27, 2020.**

Signed: April 13, 2020

W. Carleton Metcalf
United States Magistrate Judge