# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Frank Stephen Roberts**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00248-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Delta Air Lines, Inc.**,** | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 4, 2020 Order.

August 4, 2020

Frank G. Johns, Clerk
United States District Court